

# THE THIRTEENTH COURT OF APPEALS

### 13-15-00170-CV

Diagnostic Healthcare Services d/b/a Onsite Balance Solutions, LLC
v.
Dianne Jackson

On Appeal from the
23rd District Court of Matagorda County, Texas
Trial Cause No. 14-E-0190

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

August 31, 2015